Approved.
Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ISAAC JOHN BREWSTER, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>DOMINO'S PIZZA, Inc.,<br><br>*Defendant.* | Case No. 3:22-cv-1037<br><br><br>JUDGE JACK ZOUHARY<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSIAL** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Isaac John Brewster hereby voluntary dismisses, with prejudice, all of his claims relating to the First Amended Class Action Complaint filed in the above-captioned matter. All claims of any unnamed member of the putative class herein are hereby dismissed without prejudice. Defendant Domino's Pizza, Inc. has not answered or filed a motion for summary judgment.

Each side to bear its own fees and costs.

1

Dated: April 18, 2023

Respectfully submitted,

LEMBERG LAW, L.L.C.

<u>*/s/ Sergei Lemberg*</u>
Sergei Lemberg
43 Danbury Rd., 3rd Floor
Wilton, CT 06897
T: (203) 653-2250
slemberg@lemberglaw.com

*Attorneys for Plaintiffs Isaac John Brewster, individually and on behalf of all others similarly situated*